UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

UNITED STATES OF AMERICA ) DOCKET NO.: 3:21CR 248 - FDW
)
v. ) UNDER SEAL
) **ORDER TO SEAL THE INDICTMENT**
JOSEPH A. DIBRUNO JR. )
)

UPON MOTION of the United States of America, by and through **William Stetzer**,

United States Attorney for the Western District of North Carolina, for an order directing that the

Indictment, Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature

of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Indictment, Motion to Seal and this Order, be

sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's

Office.

This the **19**th day of **October, 2021**.

UNITED STATES MAGISTRATE JUDGE