UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:21-cr-00248-FDW-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | NOTICE OF HEARING |
| JOSEPH A. DIBRUNO JR., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

TAKE NOTICE that the Court will conduct a hearing on Defendant's Motion to Review Magistrate Judge Order of Detention, (Doc. No. 14), and Supplemental Motion to Review Magistrate Judge Order of Detention, (Doc. No. 20), on Monday, January 3, 2022, at 11:00 a.m. in Courtroom #5B of the Charles R. Jonas Federal Building, 401 W. Trade Street, Charlotte, North Carolina, 28202. Defendant shall be present for this hearing.

Signed: December 20, 2021

Frank D. Whitney
United States District Judge